Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

RECD'06 FEB 22 15:10 USDC-ORE

FILED'06 FEB 27 14:41 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**BRADLEY J. DEMASTERS,**

        Plaintiff,

vs.

**JO ANNE B. BARNHART,**
Commissioner of Social Security
Administration,

        Defendant.

Civil No. 05-6101-MO

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion for Entry submitted by the parties herein, Order is hereby granted in the sum of $3747.60 as full settlement of all claims for fees under EAJA, which Commissioner shall pay to Plaintiff's attorney. There are no other costs.

IT IS SO ORDERED this day of February 27th, 2006

                        _____
                        U.S. District Judge

PRESENTED BY:

By: _____
    Drew L. Johnson, OSB #75200
    Of Attorneys for Plaintiff

1 - ORDER